### 31162. ROWELL v. ROWELL.

HILL, Justice.

Douglas Allen Rowell appeals from the trial court's denial, after hearing evidence, of his petition to vacate a divorce decree on the basis of fraud. We have reviewed the evidence and find no error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED MAY 21, 1976 — DECIDED JULY 9, 1976.

*Robert W. Cagle,* for appellant.
*Fred Cavalli,* for appellee.